UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-651-FDW

| | |
|---|---|
| CHRISTOPHER OXENDINE-BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| JOHN MITCHELL, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on a Motion for Reconsideration, (Doc. No. 35), filed by pro se Plaintiff Christopher Oxendine-Bey, of this Court's Order granting Defendants' Motion to Strike Plaintiff's Second and Third Amended Complaints. See (Doc. No. 34). Plaintiff's motion for reconsideration is denied, as the Second and Third Amended Complaints were properly stricken for the reasons stated in the Court's prior order. If Plaintiff wishes to amend his Complaint, he must file a motion to amend with the Court, along with an attached, proposed Amended Complaint. As the Court stated in its prior Order, however, Plaintiff's attempt, through an amended complaint, to add claims that arose after this action was filed would be futile, as Plaintiff must first exhaust any claims before filing an action in this Court under 42 U.S.C. § 1983.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Reconsideration, (Doc. No. 35), is **DENIED**.

1

_____
Frank D. Whitney
Chief United States District Judge