UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-651-FDW

| | |
|---|---|
| CHRISTOPHER OXENDINE-BEY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>JOHN MITCHELL, et al., )<br>)<br>Defendants. )<br>_____ ) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's "Motion Requesting that Defendants Turn Over Relevant Documents that Is Key Evidence Inside of this Case," (Doc. No. 48).

Plaintiff's motion will be denied. Pursuant to Local Rule 26.2 and the Court's scheduling order entered on October 14, 2015, all discovery requests in this matter are to be served on the parties, and discovery requests are not to be filed with the Court. Although Plaintiff is entitled to obtain discovery from Defendants, he must serve his discovery requests on Defendants directly, rather than through a motion filed with the Court.

**IT IS THEREFORE ORDERED** that:

(1) Plaintiff's "Motion Requesting that Defendants Turn Over Relevant Documents that Is Key Evidence Inside of this Case," (Doc. No. 48), is **DENIED**.

Frank D. Whitney
Chief United States District Judge