# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Christopher Oxendine-Bey**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:14-cv-00651-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| R. David Mitchell<br>Terry Lemon<br>Michael L. Brooks<br>Kristopher C. Kiker<br>John Aaron<br>Milessia Abernathy<br>Jane Mims<br>Angela Rorie<br>Kenneth A. Beaver**,**<br>Defendant(s). | )<br><br><br><br><br><br><br><br><br>) | |

DECISION BY COURT. This action having come before the Court on Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2016 Order.

August 31, 2016

_____

Frank G. Johns, Clerk
United States District Court